UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:                                                      CASE NO.: 15-02254-5-JNC
CHRISTOPHER T. FURLOUGH,
     Debtor.                                               Chapter 12

## REPORT OF SALE

The undersigned Attorney for the Debtor hereby makes the following report of sale, based upon the Public Sale of certain tangible personal property owned by the Debtor and shows unto the Court as follows:

1. The Notice of Proposed Public Sale was filed with this court and served on all creditors on February 16, 2016.

2. A public sale was conducted at the sale yard of Country Boys Auction & Realty in Washington, North Carolina on March 17, 2016.

3. The Debtor reports the gross sale proceeds from the public sale of personal property to be $366,600.00, as indicated on the attached Exhibit A.

WHEREFORE, the undersigned hereby submits the foregoing Report of Sale of the Debtor's personal property.

DATED: 03/29/2016                   s/Trawick H. Stubbs, Jr.
                                                 TRAWICK H. STUBBS, JR.
                                                 Stubbs & Perdue, P.A.
                                                 P.O. Box 1654
                                                 New Bern, NC 28563-1654
                                                 (252) 633-2700
                                                 (252) 633-9600 Facsimile
                                                 State Bar #4221
                                                 E-mail: tstubbs@stubbsperdue.com

Consignor Settlement



**Country Boys Auction & Realty**
P O Box 1903 | 1211 W 5th St, Washington, NC 27889
Phone (252) 946-6007 | Fax (252) 946-0460
NC License #765

| CO #: | 2051 |
|---|---|
| Date: | 3/22/2016 |
| Page: | 1 |

**Consignor**
Stubbs & Perdue / Chris Furlough

# EXHIBIT A

Auction: Sale Yard 3172016

| Lot# | Lead | Date | Transaction Description | Amount |
|---|---|---|---|---|
| 790 | Riddick sprayer | 3/17/2016 | Invoice Sale Price(Qty=1) #73 - Hodges, Timothy | 400.00 |
| 817 | Dyna Drive | 3/17/2016 | Invoice Sale Price(Qty=1) #143 - Castelow, Tommy | 450.00 |
| 818 | Harrell Module Builder | 3/17/2016 | Invoice Sale Price(Qty=1) #764 - Buddy's Garage, Harris, Buddy | 500.00 |
| 825 | J&M Seed Cart | 3/17/2016 | Invoice Sale Price(Qty=1) #121 - Potter, Denard | 4,750.00 |
| 826 | Jd 9670 combine | 3/18/2016 | Invoice Sale Price(Qty=1) #213 - C & P Eq, | 91,000.00 |
| 827 | JD 1293 Corn head | 3/18/2016 | Invoice Sale Price(Qty=1) #213 - C & P Eq, | 7,000.00 |
| 828 | EZ Trail header trailer | 3/17/2016 | Invoice Sale Price(Qty=1) #207 - Congleton Farms Inc, Congleton, Wilbur | 3,500.00 |
| 829 | MacDon draper head | 3/17/2016 | Invoice Sale Price(Qty=1) #173 - Carolina Picker Repair, Barefoot, Wesley | 40,000.00 |
| 830 | Horst Header trailer | 3/17/2016 | Invoice Sale Price(Qty=1) #173 - Carolina Picker Repair, Barefoot, Wesley | 3,800.00 |
| 831 | JD 1790 Planter | 3/17/2016 | Invoice Sale Price(Qty=1) #166 - Double H Farm, LLC, Hubers, Randall | 53,000.00 |
| 832 | Sunflower 6630 Soil Cultivator | 3/17/2016 | Invoice Sale Price(Qty=1) #53 - Bailey, Larry | 18,000.00 |
| 833 | JD 8285R Tractor | 3/17/2016 | Invoice Sale Price(Qty=1) #173 - Carolina Picker Repair, Barefoot, Wesley | 143,500.00 |
| 869 | 1992 Chev service truck 241,549 no reverse vin# 2GBHC39J9N1223131 | 3/17/2016 | Invoice Sale Price(Qty=1) #764 - Buddy's Garage, Harris, Buddy | 700.00 |

Consignor Settlement



**Country Boys Auction & Realty**
P O Box 1903 | 1211 W 5th St, Washington, NC 27889
Phone: (252) 946-6007 | Fax (252) 946-0460
NC License #765

| CO #: | 2051 |
|---|---|
| Date: | 3/22/2016 |
| Page: | 2 |

|  |  |
|---:|---:|
| Total Quantity: | 13.00 |
| Total Invoice Sale Price: | 366,600.00 |
| Total Due to Consignor: | 366,600.00 |
| Total Payments: | 0.00 |
| Balance: | $366,600.00 |

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Fixed

Any Amount                              0%

## CERTIFICATE OF SERVICE

I, Trawick H. Stubbs, Jr., Post Office Box 1654, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 29th day of March, 2016, I served copies of the foregoing on the parties named below, as indicated. I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:  03/29/2016          s/Trawick H. Stubbs, Jr.
                                  TRAWICK H. STUBBS, JR.
                                  Stubbs & Perdue, P.A.
                                  P.O. Box 1654
                                  New Bern, NC  28563-1654
                                  (252) 633-2700
                                  (252) 633-9600 Facsimile
                                  State Bar #4221
                                  E-mail:  tstubbs@stubbperdue.com

cc:    Richard M. Stearns, Trustee   (via CM/ECF and E-mail)

       Christopher T. Furlough       (via e-mail and First Class Mail)
       913 Beasley Road
       Roper, NC  27970