**BB&T**

Branch Banking and Trust Company

Special Assets
Mailcode: 100-50-01-50
P.O. Box 1847
Wilson, NC 27893

September 19, 2017

Richard Dewitte Sparkman
PO Box 1687
Angier, NC 27501-1687

Re:   Debtors:              Christopher T. Furlough
      Bankruptcy Case No.   15-02254
      BB&T Acct No(s)       4017

Dear Trustee Richard Dewitte Sparkman:

Please withdraw BB&T's claim #5 on the above referenced account, per the Trustee's request.

Thank you for your assistance.

Sincerely,

Cara Griffin
Banking Officer
Bankruptcy Section
(866)813-1624